# In the United States Court of Federal Claims

**No. 06-885T**
**(Filed: January 29, 2007)**

* * * * * * * * * * * * * * * * * * * * *
*
**PETER R. SCHAFFER,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Pursuant to Rule 40.1(b) of the Rules of the United Court of Federal Claims, and to promote the efficient administration of justice, the Clerk of the Court is directed to **REASSIGN** the above-captioned case to Judge Margaret M. Sweeney. Judge Sweeney has agreed to take the case.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge